BRIAN J. BICKEL [Bar No. 205646]
JOSHUA J. YOUSSEFI [Bar No. 325288]
joshuayoussefi@bickellawfirm.com
THE BICKEL LAW FIRM, INC.
701 B Street, Suite 1200
San Diego, California 92101
(619)374-4100
(619)231-9040 (FAX)

Attorneys for Plaintiff
WILLIAM WARD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WARD,<br><br>Plaintiff,<br><br>v.<br><br>SUBARU OF AMERICA, INC., LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:19-cv-03189-SI<br>[Filed: May 6, 2019]<br>[Removed: June 7, 2019]<br><br>Judge: Hon. Susan Illston<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL** |

TO THE HON. SUSAN ILLSTON, PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the parties have reached a settlement in the above-captioned matter, and both Parties have executed the agreement. Plaintiff respectfully requests this dismiss this case with prejudice

Date: September 13, 2019                    THE BICKEL LAW FIRM, INC.

*/s/ Joshua J. Youssefi*
Attorney for Plaintiff
WILLIAM WARD

-1-
**NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL**

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2019, I filed the foregoing document entitled **PLAINTIFF'S NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL** with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/Joshua J. Youssefi